UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

**ORDER**

-against-

19 **MJ** 11033

FERNANDO DISLA,

Defendant.
-----------------------------------------------------------X

For the reasons stated on the record today, the defendant is remanded.

Dated: New York, New York
December 13, 2019

_____
**RICHARD M. BERMAN, U.S.D.J.**